# IN THE COURT OF APPEALS OF THE STATE OF IDAHO

## Docket No. 51714

| | |
|---|---|
| STATE OF IDAHO, | ) |
| | ) **Filed: May 1, 2025** |
| Plaintiff-Respondent, | ) |
| | ) **Melanie Gagnepain, Clerk** |
| v. | ) |
| | ) **THIS IS AN UNPUBLISHED** |
| STANLEY CJ CARPENTER, | ) **OPINION AND SHALL NOT** |
| | ) **BE CITED AS AUTHORITY** |
| Defendant-Appellant. | ) |
| | ) |

Appeal from the District Court of the Sixth Judicial District, State of Idaho, Franklin County. Hon. Cody L. Brower, District Judge.

Order denying I.C.R. 35 motion for reduction of sentence, <u>affirmed</u>.

Erik R. Lehtinen, State Appellate Public Defender; Kiley A. Heffner, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Raúl R. Labrador, Attorney General; Kacey L. Jones, Deputy Attorney General, Boise, for respondent.

_____

Before HUSKEY, Judge; LORELLO, Judge;
and TRIBE, Judge

_____

PER CURIAM

Stanley CJ Carpenter pled guilty to two counts of felony possession of a controlled substance. Idaho Code § 37-2732(c)(1). The district court sentenced Carpenter to concurrent, unified terms of six years, with minimum periods of confinement of three years; however, the district court suspended the sentences and placed Carpenter on a period of probation for five years. Subsequently, Carpenter admitted to violating the terms of probation; the district court revoked probation, executed the previously suspended sentences, and retained jurisdiction. In September 2023, the district court received a letter from the Idaho Department of Correction recommending the district court relinquish jurisdiction. After a review hearing, the district court relinquished

1

jurisdiction. Carpenter subsequently filed an Idaho Criminal Rule 35 motion, which the district court denied. Carpenter appeals.

A motion for reduction of sentence under Rule 35 is essentially a plea for leniency, addressed to the sound discretion of the court. *State v. Knighton*, 143 Idaho 318, 319, 144 P.3d 23, 24 (2006); *State v. Allbee*, 115 Idaho 845, 846, 771 P.2d 66, 67 (Ct. App. 1989). In presenting a Rule 35 motion, the defendant must show that the sentence is excessive in light of new or additional information subsequently provided to the district court in support of the motion. *State v. Huffman*, 144 Idaho 201, 203, 159 P.3d 838, 840 (2007).

Mindful of *State v. Flores*, 162 Idaho 298, 301-02, 396 P.3d 1180, 1183-84 (2017), Carpenter asserts that the district court abused its discretion by denying his Rule 35 motion. The Idaho Supreme Court in *Flores* explained that a Rule 35 operates narrowly "to permit the correction, modification, or reduction of criminal sentences in certain instances." *Flores*, 162 Idaho at 301, 396 P.3d at 1183. Carpenter's request for jurisdiction to be reinstated does not constitute a correction, modification, or reduction of a criminal sentence under Rule 35 and thus cannot be heard pursuant to a Rule 35. Therefore, the district court's order denying Carpenter's Rule 35 motion is affirmed.